**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

HOUSTON R. HENLEY,                          )
                                            )
                    Plaintiff,              )
                                            )        Case No. 26-CV-439-JPG
        v.                                  )
                                            )
JOHN E. SUGGS, et al.,                      )
                                            )
                    Defendants.             )

**DEFENDANT'S PARTIAL MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

NOW COMES Defendant, CITY OF METROPOLIS ("City"), by and through its attorney, BRIAN M. FUNK, and for its Partial Motion to Dismiss Pursuant to Rule 12(b)(6), the City states as follows:

1.      On April 6, 2026, Plaintiff filed a Complaint against the City, a City employee and the City's police department. *Doc*. 1.

2.      In his Complaint, Plaintiff alleges the City's police department "is a separate legal entity authorized to be created by the City of Metropolis as permitted by the laws of the State of Illinois, and as such, it may be sued and be sued." *Compl*. ¶ 5.

3.      Contrary to Plaintiff's allegation, the City's police department is not a suable entity, "but merely a department of the [City] which does not have a separate legal existence." *See Gray v. City of Chicago*, 159 F. Supp. 2d 1086, 1089 (N.D. Ill. 2001).

4.      Because the City's police department is not a suable entity, it should be dismissed from this case.

5.      For the foregoing reasons, Defendants' Partial Motion to Dismiss should be granted.

WHEREFORE, Defendant, CITY OF METROPOLIS, prays that this Honorable Court grant its Partial Motion to Dismiss and for such further relief as this Honorable Court deems just and proper.

Respectfully Submitted,

By: *s/Brian M. Funk*
One of Defendant's Attorneys

Brian M. Funk, #6277501
James G. Wargo, #6273231
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:    708/621-5538
Email: bfunk@ifmklaw.com
       jwargo@ifmklaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| HOUSTON R. HENLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 26-CV-439-JPG |
| v. | ) | |
| | ) | |
| JOHN E. SUGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I caused to electronically be filed ***Defendant's Partial Motion to Dismiss Pursuant to Rule 12(b)(6)*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant:

Darrell Dunham
darrell.dunham@gmail.com

By:   *s/Brian M. Funk*
Brian M. Funk, #6277501
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, IL  60062
Phone: 847/291-0200
Fax:   708/621-5538
Email: bfunk@ifmklaw.com

3