UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOUSTON R HENLEY,

      Plaintiff,

     v.                         Case No. 26-cv-00439-JPG

JOHN E SUGGS,
CITY OF METROPOLIS, ILLINOIS, and
METROPOLIS POLICE DEPARTMENT,

      Defendants.

## MEMORANDUM AND ORDER

This case is before the Court on Defendant City of Metropolis ("the City")'s Motion to Dismiss (Doc. 19). It asks the Court to dismiss the Metropolis Police Department ("the Police Department") as a defendant in this case. Plaintiff Houston Henley did not file a response within the time allowed by SDIL-LR 7.1.

This action arises from events that occurred on May 1, 2025. Plaintiff alleges that on that date, Defendant John Suggs punched him in the face two times, inflicting severe bodily injury. On April 6, 2026, Plaintiff filed his three-count complaint, asserting claims against Suggs for excessive force and battery and asserting a *Monell* claim against the City and the Police Department.

It is well established that a police department may not be sued under 42 U.S.C. § 1983. *See Averhart v. City of Chicago*, 114 F. App'x 246, 247 (7th Cir. 2004); *Chan v. Wodnicki*, 123 F.3d 1005, 1007 (7th Cir. 1997). Accordingly, the Court **GRANTS** the City's Motion to Dismiss (Doc. 19). Count 2 is **DISMISSED without prejudice** against the Police Department. The Clerk of Court is **DIRECTED** to **TERMINATE** the Police Department as a party in CM/ECF and enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED**: July 6, 2026

**J. PHIL GILBERT**
**United States District Judge**